UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*25mj 526 LIB*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
| | ) | |
| Plaintiff, | ) | 8 U.S.C. § 1325(a) |
| | ) | |
| v. | ) | |
| | ) | |
| AHMED MOHAMED HUSSEIN, | ) | |
| | ) | |
| Defendant. | ) | |

**RECEIVED**

AUG 0 4 2025

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1
(Improper Entry of an Alien)

On or about July 20, 2025, in the State and District of Minnesota, the defendant,

**AHMED MOHAMED HUSSEIN,**

an alien, was found in the United States after having entered at a place other than designated by immigration officers, and did knowingly elude examination and inspection by immigration officers but was later apprehended by law enforcement in the District of Minnesota; all in violation of Title 8, United States Code, Section 1325(a).

Dated: August 4, 2025

JOSEPH H. THOMPSON
Acting United States Attorney

s/ *Laura W. Trosen*
BY:   LAURA W. TROSEN
Special Assistant United States Attorney

SCANNED

AUG 0 5 2025

U.S. DISTRICT COURT MPLS